**2012–1912.  Sacksteder v. Senney.**
Montgomery App. No. 24993, 2012-Ohio-4452. Reported at 134 Ohio St.3d 1484, 2013-Ohio-902, 984 N.E.2d 29. On joint motion for reconsideration. Motion denied.
   O'DONNELL, KENNEDY, and O'NEILL, JJ., dissent.

**2012–2017.  Mansfield v. Studer.**
Richland App. Nos. 2011-CA-93 and 2011-CA-94, 2012-Ohio-4840. Reported at 134 Ohio St.3d 1485, 2013-Ohio-902, 984 N.E.2d 29. On motion for reconsideration. Motion denied.

**2012–2029.  Tomazic v. Rapoport.**
Cuyahoga App. No. 97937, 2012-Ohio-4402. Reported at 134 Ohio St.3d 1485, 2013-Ohio-902, 984 N.E.2d 29. On motion for reconsideration. Motion denied.

**2012–2078.  State v. Young.**
Hamilton App. No. C–100065. Reported at 134 Ohio St.3d 1486, 2013-Ohio-902, 984 N.E.2d 29. On motion for reconsideration. Motion denied.

**2012–2109.  State v. Gilliam.**
Hamilton App. No. C–110587, 2012-Ohio-5034. Reported at 134 Ohio St.3d 1487, 2013-Ohio-902, 984 N.E.2d 30. On motion for reconsideration. Motion denied.
   PFEIFER and O'NEILL, JJ., dissent.

**2012–2155.  State v. Dilley.**
Cuyahoga App. No. 98098, 2012-Ohio-5288. Reported at 134 Ohio St.3d 1488, 2013-Ohio-902, 984 N.E.2d 30. On motion for reconsideration. Motion denied.

**2012–2159.  State v. Jackson.**
Cuyahoga App. No. 98157, 2012-Ohio-5885. Reported at 134 Ohio St.3d 1488, 2013-Ohio-902, 984 N.E.2d 30. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS
## *May 9, 2013*

[Cite as *05/09/2013 Case Announcements*, 2013-Ohio-1886.]

# DISCIPLINARY CASES

**2005–2250.  Disciplinary Counsel v. Giba.**
This cause came on for further consideration upon respondent's filing of a motion to purge contempt.
   Upon consideration thereof, this court orders that the motion is granted.

**2013–0402.  In re Application of Goodstein.**
This matter is pending before the court upon the report of the Board of Commissioners on Character and Fitness. On April 22, 2013, applicant, Daniel Robert Goodstein, filed with this court a motion to seal the record in this case.
   Upon consideration thereof, it is ordered by the court that the motion is denied.

# MISCELLANEOUS DISMISSALS

**2012–2043.  Kettering City Schools Bd. of Edn. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009-K-3467. This cause is pending before the court as an appeal from the Board of Tax Appeals.
   Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2013–0157.  Wilmington Ctr., Ltd. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010-K-3536. This cause is pending before the court as an appeal from the